UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIJIOKE CHUKWUMA ISAMADE,<br>Plaintiff,<br>v.<br>ALLISON, et al.,<br>Defendants. | No. 2:25-cv-0997 AC<br><br>ORDER |

On August 6, 2026, an amended suggestion of death was filed in this case and the court ordered service on plaintiff's successor in interest. ECF No. 12. Plaintiff's successor in interest was informed she had 90 days to substitute herself as plaintiff in this case pursuant to Rule 25(a) of the Federal Rules of Civil Procedure. Id. Plaintiff's successor in interest seeks an extension, through January 6, 2027, to file a motion for substitution. ECF No. 14.

Good cause appearing, the motion [14] is hereby GRANTED. Plaintiff's successor in interest shall file a motion to substitute, if any, no later than January 6, 2027.

DATED: November 9, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE